No. 92–5973. DEMOS *v.* KING COUNTY SUPERIOR COURT ET AL. Sup. Ct. Wash.; and

No. 92–6082. SINDRAM *v.* VIRGINIA. Ct. App. Va. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until December 21, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 92–6393. IN RE BROWN; and

No. 92–6452. IN RE HUTCHINGS VON LUDWITZ. Petitions for writs of habeas corpus denied.

No. 92–6050. IN RE JOHNSTON;

No. 92–6080. IN RE LAKE;

No. 92–6138. IN RE LAVOLD;

No. 92–6166. IN RE ASCH;

No. 92–6179. IN RE SANDERS; and

No. 92–6192. IN RE WAITES. Petitions for writs of mandamus denied.

No. 92–311. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* SCHAEFER. C. A. 8th Cir. Certiorari granted.

No. 92–603. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* BEACH COMMUNICATIONS, INC., ET AL. C. A. D. C. Cir. Certiorari granted.

No. 92–479. TXO PRODUCTION CORP. *v.* ALLIANCE RESOURCES CORP. ET AL. Sup. Ct. App. W. Va. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 91–8198. HAI HAI VUONG *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.